1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9               SOUTHERN DISTRICT OF CALIFORNIA
10
11  JOHN SONES, et al.,              )  Case No. 08-CV-0756-BEN (JMA)
                                     )
12           Plaintiffs,             )  **ORDER SCHEDULING TELEPHONIC**
                                     )  **CASE MANAGEMENT CONFERENCE**
13  v.                               )
                                     )
14  WORLD MORTGAGE COMPANY, et al., )
                                     )
15           Defendants.             )
                                     )
16  ─────────────────────────────────)

17
18
19      The Court is informed that the parties will participate in a
20  private mediation of this matter on October 7, 2008.
21      **IT IS HEREBY ORDERED** that a telephonic Case Management
22  Conference shall be held on **October 17, 2008** at **9:30 a.m.**  All
23  counsel shall appear telephonically at this conference.  The
24  Court will initiate the conference call.
25      If the private mediation fails to go forward as currently
26  scheduled, the parties shall contact Magistrate Judge Adler's
27  //
28  //

1 | chambers immediately at (619) 557-5585.
2 | **IT IS SO ORDERED.**
3 | DATED: August 18, 2008
4 | _____
  | Jan M. Adler
5 | U.S. Magistrate Judge