1   MALCOLM A. HEINICKE (State Bar No. 194174)
    TREVOR D. DRYER (State Bar No. 247826)
2   MUNGER, TOLLES & OLSON LLP
    560 Mission Street
3   Twenty-Seventh Floor
    San Francisco, CA  94105-2907
4   Telephone:      (415) 512-4000
    Facsimile:      (415) 512-4077
5   E-mail: Malcolm.Heinicke@mto.com

6   Attorneys for Defendants
    WORLD MORTGAGE CO. ET AL.
7
    *PLAINTIFFS' COUNSEL LISTED ON SECOND PAGE*
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JOHN SONES, on behalf of himself and others similarly situated, | CASE NO. 3:08-CV-04811-CRB |
| 13 | **STIPULATED [PROPOSED] ORDER RE: DEADLINE FOR FURTHER REPORT** |
| 14            Plaintiff, | |
| 15       vs. | **The Honorable Charles R. Breyer** |
| 16  WORLD MORTGAGE COMPANY; and DOES 1 to 10, | |
| 17            Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER RE
DEADLINE FOR FURTHER REPORT, NO. 08-
04811-CRB

1   NORMAN B. BLUMENTHAL (SBN 068687)
    KYLE R. NORDREHAUG (SBN 205975)
2   APARAJIT BHOWMIK (SBN 248066)
    BLUMENTHAL & NORDREHAUG
3   2255 Calle Clara
    La Jolla, CA 92037
4   Telephone: (858) 551-1047
    Facsimile: (858) 551-1232
5
    WALTER HAINES (SBN 71705)
6   UNITED EMPLOYEES LAW GROUP
    65 Pine Ave, #312
7   Long Beach, CA 90802
    Phone: (562) 256-1047
8   Facsimile: (562) 256-1006

9   Attorneys for Plaintiff JOHN SONES and
    proposed Settlement Class
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    STIPULATED [PROPOSED] ORDER RE
                                    DEADLINE FOR FURTHER REPORT, NO. 08-
                                    04811-CRB

1      1.      The parties are ordered to report on the status of the settlement and the effect it has

2   on the above captioned matter on or before August 15, 2009;

3      2.      Either party may request an earlier status conference through a written motion, if it

4   so desires.

5

6   PURSUANT TO STIPULATION, IT IS ORDERED:

7

8   DATED:   January 13, 2009 _____         _____

9                                               The Honorable Charles R. Breyer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        STIPULATED [PROPOSED] ORDER RE
                                1       DEADLINE FOR FURTHER REPORT, NO. 08-
                                        04811-CRB