| | |
|---|---|
| 1 | MALCOLM A. HEINICKE (State Bar No. 194174) |
| | MUNGER, TOLLES & OLSON LLP |
| 2 | 560 Mission Street |
| | Twenty-Seventh Floor |
| 3 | San Francisco, CA  94105-2907 |
| | Telephone:      (415) 512-4000 |
| 4 | Facsimile:       (415) 512-4077 |
| | E-mail: Malcolm.Heinicke@mto.com |
| 5 | |
| | Attorneys for Defendants |
| 6 | WORLD MORTGAGE CO. ET AL. |
| 7 | *PLAINTIFFS' COUNSEL LISTED ON SECOND PAGE* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, on behalf of himself and others similarly situated, | CASE NO. 3:08-CV-04811-CRB |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE: DISMISSAL** |
| vs. | **[Stipulated Request Submitted Concurrently]** |
| WORLD MORTGAGE COMPANY; and DOES 1 to 10, | **The Honorable Charles R. Breyer** |
| Defendants. | |

8758329.1

[PROPOSED] ORDER RE: DISMISSAL
CASE NO. 08-04811-CRB

1  NORMAN B. BLUMENTHAL (SBN 068687)
   KYLE R. NORDREHAUG (SBN 205975)
2  APARAJIT BHOWMIK (SBN 248066)
   BLUMENTHAL & NORDREHAUG
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858) 551-1047
   Facsimile: (858) 551-1232
5

6  WALTER HAINES (SBN 71705)
   UNITED EMPLOYEES LAW GROUP
7  65 Pine Ave, #312
   Long Beach, CA 90802
8  Phone: (562) 256-1047
   Facsimile: (562) 256-1006
9
   Attorneys for Plaintiff JOHN SONES and
10 proposed Settlement Class

8758329.1

[PROPOSED] ORDER RE: DISMISSAL
CASE NO. 08-04811-CRB

1    The instant matter is dismissed with prejudice as to Plaintiff Sones and him alone,
2 provided that this dismissal does not relieve the parties from the obligations of abiding by the
3 judgment entered in *Crider v. Wachovia Corporation, et al.,* United States District Court for the
4 Northern District of California, Case No. 08-4288-EMC.

6 PURSUANT TO STIPULATION, IT IS SO ORDERED.

8 DATED:  October 5, 2009
9                                                        The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

8758329.1                                1               [PROPOSED] ORDER RE: DISMISSAL
                                                         CASE NO. 08-04811-CRB